# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**


January 16, 2008

**Before**

Hon. JOEL M. FLAUM, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 07-1584

| | |
|---|---|
| STATE OF WISCONSIN, | Appeal from the United States District Court for the Western District of Wisconsin. |
| Plaintiff-Appellee, | No. 05 C 0632 - S |
| v. | |
| HO-CHUNK NATION, | John C. Shabaz, *Judge*. |
| Defendant-Appellant. | |

**ORDER**

The slip opinion of this court issued on January 14, 2008 is amended as follows:

On Page 24, in the second line, the word "Nation" should be replaced with "State".